W. E. EAKINS V. THE STATE.

No. 23328. Delivered April 10, 1946.

The opinion states the case.

*Temple Dickson,* of Sweetwater, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of Fisher County for the violation of the liquor law, and his punishment was assessed at a fine of $100.00 and ninety days confinement in the county jail.

The record is before this court without statement of facts or bills of exceptions. The transcript does not contain any notice of appeal, consequently we have no jurisdiction of the case.

The appeal is dismissed.